FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON GILES,<br><br>        Petitioner,<br><br>v.<br><br>JERI BOWE,<br><br>        Respondent. | 2:18-cv-00333-SAB<br><br>**ORDER DISMISSING PETITION** |

By Order filed January 11, 2019, the Court directed Petitioner, then a prisoner at the Clallam Bay Corrections Center, to show cause why his *pro se* Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 should not be dismissed as time-barred. ECF No. 7. The Court was notified of Petitioner's transfer to the Stafford Creek Corrections Center, and the Order to show cause was regenerated and provided to Petitioner at that location on January 14, 2019.

Plaintiff did not comply with the Court's directive and has filed nothing further in this action. The Court construes this lack of response as Petitioner's consent to the dismissal of this action.

//

//

ORDER DISMISSING PETITION -- 1

Therefore, for the reasons set forth in the Order to Show Cause, ECF No. 7, **IT IS ORDERED** the Petition is **DISMISSED with prejudice** as time-barred under 28 U.S.C. § 2244(d).

**IT IS SO ORDERED.** The Clerk of Court shall enter this Order, enter judgment, provide copies to Petitioner, and **CLOSE** this file. The Court certifies there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

**DATED** this 11th day of March 2019.



Stanley A. Bastian
United States District Judge